UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-CV-60183-BB

RENADE GRANT AND NARNIKE PIERRE,

        Plaintiffs,

vs.

SUNTRUST MORTGAGE, INC.,

        Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiffs represents to the Court that counsel for Defendant has authorized him to affix her electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| /s/Yechezkel Rodal | /s/ Alexandra de Alejo |
| Yechezkel Rodal Esq. | Alexandra de Alejo, Esq. |
| Florida Bar No. 91210 | Florida Bar No. 43108 |
| chezky@floridaloanlawyers.com | Alexandra.dealejo@gray-robinson.com |
| Loan Lawyers, LLC | Gray Robinson, P.A. |
| 2150 S. Andrews Ave., 2nd Floor | 333 S.E. 2nd Avenue |
| Fort Lauderdale, FL 33316 | Suite 3200 |
| Telephone: (954) 523-4357 | Miami, FL 33131 |
| Facsimile: (954) 581-2786 | Telephone: (305)416-6880 |
| | Facsimile: (305)416-6887 |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 29, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Alexandra de Alejo, Esq.
Gray Robinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131
Counsel for Defendant SUNTRUST
Service by CM/ECF

                                                                       LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone:  (954) 523-4357
Facsimile:  (954) 581-2786


*/s/Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar No. 91210
chezky@floridaloanlawyers.com